# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 18cr1551-W |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| John Baldwin, Sr. | ) | Booking No. _____ |

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of 3/27/18 the Court entered the following order:

- [X] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [X] Defendant released on $ O/R _____ bond posted.
- [X] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case dismissed.
- [ ] Case dismissed, charges pending in case no. _____
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [ ] Other. _____

**JILL L. BURKHARDT**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL                Clerk
by C. Lopez  Deputy Clerk
ext 6425

Received _____ DUSM

Crim-9   (Rev. 8-11)                                   ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY